ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, et al., <br><br> Defendants-Appellants. | No. 25-5317 |
| GLOBAL HEALTH COUNCIL, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants-Appellants. | No. 25-5319 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A. Parties and Amici

Plaintiffs-appellees in No. 25-5317 are AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc.

Plaintiffs-appellees in No. 25-5319 are Global Health Council; Small Business Association for International Companies; HIAS; Management Sciences for Health, Inc.; Chemonics International, Inc.; DAI Global LLC; Democracy International, Inc.; and American Bar Association.

Defendants-appellants in No. 25-5317 are the U.S. Department of State; the U.S. Agency for International Development; the Secretary of State; the Acting Administrator of the U.S. Agency for International Development; the Office of Management and Budget; the Director of the Office of Management and Budget; and Donald J. Trump.

Defendants-appellants in No. 25-5319 are Donald J. Trump; the Secretary of State; the Acting Administrator of the U.S. Agency for International Development; the Acting Deputy Administrator for Policy and Planning of the U.S. Agency for International Development; the Acting Deputy Administrator for Management and Resources of the U.S. Agency for International Development; the Acting Director of Foreign Assistance for the U.S. Department of State; the Director of the Office of Management and

Budget; the U.S. Department of State; the U.S. Agency for International Development; and the Office of Management and Budget.

The Constitutional Accountability Center was amicus in district court. In previous appeals in these cases, the following amici appeared: the State of Alabama; the State of Alaska; the State of Arkansas; the State of Florida; the District of Columbia; the State of Georgia; the State of Indiana; the State of Iowa; the State of Colorado; the State of Kansas; the State of California; the State of Louisiana; the State of Arizona; the State of Mississippi; the State of Connecticut; the State of Nebraska; the State of Delaware; the State of North Dakota; the State of Hawaii; the State of Oklahoma; the State of Illinois; the State of South Dakota; the State of Maine; the State of Tennessee; the State of Maryland; the State of Texas; the State of Massachusetts; the State of Utah; the State of Michigan; the State of West Virginia; the State of Minnesota; the State of Nevada; the State of New Jersey; the State of New Mexico; the State of New York; the State of North Carolina; the State of Oregon; the State of Rhode Island; the State of Vermont; the State of Washington; the State of Wisconsin; the State of Ohio; the State of South Carolina; Project Democracy Project, Inc.; Alan Butler Morrison; the Constitutional Accountability Center; William W. Buzbee;

Noah Rosenblum; Jodi Short; Salim Safurdeen Abdool Karim; Dvora Joseph Davey; Mary Doe; and Physicians for Human Rights. In these appeals, there are no amici in this Court as of this filing.

## B. Rulings Under Review

The rulings under review were entered in *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-cv-400 (D.D.C.), and *Global Health Council v. Trump*, No. 25-cv-402 (D.D.C.), by the Honorable Amir H. Ali. They are the September 3, 2025, Memorandum Opinion and Order entered in each case at Docket Numbers 145 (*AIDS Vaccine Advocacy Coaliation*) and 139 (*Global Health Council*). That ruling is not yet published.

## C. Related Cases

These cases have previously been before this Court as Nos. 25-5046, 25-5047, 25-5097, and 25-5098.

Respectfully submitted,

DANIEL TENNY

/s/ *Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

SEPTEMBER 2025