# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Global Health Council et al

v.

Donald J. Trump et al

**Case No:** 25-5319

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Global Health Council | DAI Global, LLC |
| American Bar Association | Small Business Association for International Co |
| Democracy International, Inc. | Management Sciences for Health, Chemonics |
| Chemonics International, Inc. | HIAS |

### Counsel Information

**Lead Counsel:** Daniel F. Jacobson

**Direct Phone:** (914) 8150796-   **Fax:** (___) ___-___   **Email:** dan@jacobsonlawyersgroup.com

**2nd Counsel:**

**Direct Phone:** (___) ___-___   **Fax:** (___) ___-___   **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-___   **Fax:** (___) ___-___   **Email:**

**Firm Name:** Jacobson Lawyers Group PLLC

**Firm Address:** 1629 K Street NW, Suite 300, Washington DC, 20006

**Firm Phone:** (___) ___-___   **Fax:** (___) ___-___   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)