# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 25-5317 September Term, 2025

1:25-cv-00400-AHA
1:25-cv-00402-AHA

Filed On: September 5, 2025

AIDS Vaccine Advocacy Coalition, et al.,

    Appellees

  v.

United States Department of State, et al.,

    Appellants

------------------------------

Consolidated with 25-5319

**BEFORE:** Pillard, Walker, and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for administrative stay and stay pending appeal, it is

**ORDERED** that appellees respond to the emergency motion by 5:00 p.m. on Friday, September 5, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                        Amy Yacisin
                        Deputy Clerk