# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5317, 25-5319
2. DATE DOCKETED: 09-04-2025
3. CASE NAME (lead parties only) AIDS Vaccine Advocacy Coalition v. DOS
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. Civil Action 25-cv-400, 25-cv-402
      Criminal
      Miscellaneous
      Bankruptcy Court Docket No. Bankruptcy
      Adversary
      Ancillary
      Tax Court Docket No. Tax
   b. Review is sought of:
      ☐ Final Order ☒ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amir H. Ali    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 09-03-2025
   e. Date notice of appeal filed: 09-04-2025
   f. Has any other notice of appeal been filed in this case? ⦿ Yes ○ No  If YES, date filed: 2-25-2025, 4-1-2025
   g. Are any motions currently pending in trial court? ○ Yes ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ⦿ No
      If NO, why not? The preliminary injunction motion was decided on the pleadings.
   i. Has this case been before the Court under another appeal number? ⦿ Yes Appeal # 25-5046, -5047, -5097, -5098 ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ⦿ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ○ No
      If YES, give popular name and citation of statute Impoundment Control Act, 2 U.S.C. 681 et seq., and others
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No  If so, provide program name and participation dates

Signature /s/ Sean R. Janda    Date 09-30-2025
Name of Party DOS, et al.
Name of Counsel for Appellant/Petitioner Sean R. Janda
Address 950 Pennsylvania Avenue NW; Washington, DC 20530
Phone ( 202 ) 514-3388    Fax ( N/A ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)