**[ORAL ARGUMENT NOT SCHEDULED]**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | |
|---|---|
| AIDS Vaccine Advocacy Coalition, *et al.*, <br>　　　　Plaintiffs-Appellees, <br><br> v. <br><br> United States Department of State, *et al.*, <br>　　　　Defendants-Appellants. <br><br> _____ <br><br> Global Health Council, *et al.*, <br>　　　　Plaintiffs-Appellees, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br>　　　　Defendants-Appellants. | Nos. 25-5317, 25-5319 |

## STATEMENT OF POTENTIAL ISSUES TO BE RAISED

The issue on appeal in whether the district court erred in entering a preliminary injunction. Potential subsidiary issues include: (1) whether plaintiffs have a cause of action to bring claims regarding defendants' alleged failure to spend appropriated funds; (2) whether the district court erred in requiring defendants to make specific funds available for obligation; (3)

whether plaintiffs properly demonstrated that the equitable factors supported the entry of a preliminary injunction; and (4) whether the district court's preliminary injunction is overbroad.

                Respectfully submitted,

                DANIEL TENNY

                */s/ Sean R. Janda*
                SEAN R. JANDA
                BRIAN J. SPRINGER
                (202) 514-3388
                  Attorneys, Appellate Staff
                  Civil Division
                  U.S. Department of Justice
                  950 Pennsylvania Ave., N.W.
                  Washington, D.C. 20530

October 2025