**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____
                                            )
AIDS VACCINE ADVOCACY       )
COALITION, et al.,                       )
                                            )
    *Plaintiffs-Appellees*,           )   Case No. 25-5317
                                            )
    v.                                     )
                                            )
UNITED STATES DEPARTMENT )
OF STATE, et al.,                        )
                                            )
    *Defendants-Appellants*         )
_____)

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A. Parties and Amici**

Appellants are United States Department of State; United States Agency for International Development; Marco Rubio, Secretary of State and Acting Administrator for the United States Agency for International

Development; Office of Management and Budget; Russell Vought, Director, Office of Management and Budget; and Donald Trump.

Appellees are AIDS Vaccine Advocacy Coalition, Journalism Development Network, Inc., and The Center for Victims of Torture.

The Constitutional Accountability Center was amicus curiae in district court.

In previous appeals in this case, the following amici appeared:

- The States of Ohio, South Carolina, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Tennessee, Texas, Utah, and West Virginia;
- Alan Morrison;
- Protect Democracy Project;
- William W. Buzbee, Noah Rosenblum, and Jodi Short;
- The District of Columbia and the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina,

- Oregon, Rhode Island, Vermont, Washington, and Wisconsin; and,

- Physicians for Human Rights, Dvora Joseph Davey, Salim S. Abdool Karim, and Mary Doe.

There are no amici in this Court as of this filing in this appeal.

**B. Rulings Under Review**

The ruling under review was entered in *AIDS Vaccine Advocacy Coalition v. United States Department of State*, No. 25-cv-400 (D.D.C.), by the Honorable Amir H. Ali. It is Memorandum Opinion and Order entered on September 3, 2025, at Docket Number 145 granting plaintiffs' motion for a preliminary injunction. *AIDS Vaccine Advoc. Coal. v. United States Dep't of State*, No. CV 25-00400 (AHA), 2025 WL 2537200 (D.D.C. Sept. 3, 2025).

**C. Related Cases**

The government has previously taken two appeals from this district court case, and both were consolidated with appeals from *Global Health Council v. Donald J. Trump*, No. 25-cv-402 (D.D.C.). The case numbers for those appeals in this Court are Nos. 25-5046, 25-5047, 25-5097, and 25-5098.

The government sought emergency relief before the Supreme Court in this case and in *Global Health Council* on three prior occasions. *See Dep't of State v. AIDS Vaccine Advoc. Coal.*, 145 S. Ct. 753 (2025) (denying motion to vacate order); *Trump v. Global Health Council*, No. 25A227, 2025 WL 2495397 (U.S. Aug. 29, 2025) (withdrawing application for stay); *Dep't of State v. AIDS Vaccine Advoc. Coal.*, 606 U.S. --, No. 25A269, 2025 WL 2740571 (U.S. Sept. 26, 2025) (granting application for stay).

This Court has consolidated this appeal with an appeal from *Global Health Council*. The case number for that appeal is 25-5319.

Date: October 6, 2025

Respectfully submitted,

/s/ Lauren E. Bateman
Public Citizen Litigation Group
1200 20th Street NW
Washington, DC 20009
(202) 588-7739
lbateman@citizen.org

*Counsel for Appellees*