# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | |
| *Plaintiffs-Appellees*, | Case No. 25-5317 |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| *Defendants-Appellants* | |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Local Appellate Rule 26.1, Plaintiffs-Appellees state as follows:

AIDS Vaccine Advocacy Coalition (AVAC) is a 501(c)(3) nonprofit corporation that works to hasten the end of the global HIV/AIDS epidemic by accelerating development and delivery of HIV prevention options. AVAC is a nonprofit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

Plaintiff Journalism Development Network, Inc. (JDN) is a 501(c)(3) nonprofit corporation that supports a global consortium of journalists from more than 70 nonprofit investigative centers and regional news organizations across the world to help people better understand how organized crime and corruption affect their lives. JDN is a nonprofit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

Plaintiff Center for Victims of Torture (CVT) is a 501(c)(3) nonprofit corporation whose mission is to heal the wounds of torture on individuals, their families, and their communities and to end torture worldwide. CVT is a nonprofit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

| | |
|---|---|
| Date: October 7, 2025 | Respectfully submitted,<br><br>/s/ Lauren E. Bateman<br>Public Citizen Litigation Group<br>1200 20th Street NW<br>Washington, DC 20009<br>(202) 588-7739<br>lbateman@citizen.org<br><br>*Counsel for Appellees* |