IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS Vaccine Advocacy Coalition, *et al.*,<br><br>*Appellees*,<br><br>v.<br><br>U.S. Department of State, *et al.*,<br><br>*Appellants*.<br><br>Global Health Council, *et al.*,<br><br>*Appellees*,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>*Appellants*. | Case No. 25-5319<br>(consolidated with 25-5317) |

**26.1 CORPORATE DISCLOSURE STATEMENT**

Chemonics International, Inc. is owned by Chemonics Holdings, Inc. No publicly held corporation owns more than 10% of Chemonics International, Inc.'s stock.

DAI Global, LLC is owned by DAI ESOP, Inc., and DAI GEO US, Inc., DAI GEO UK, Inc., DAI GEO III, Inc., DAI GEO VI, Inc., DAI GEO V, Inc.,

DAI GEO VI, LLC, and DAI GEO VII, Inc. No publicly held corporation owns 10% or more of its stock.

The remaining Appellees, Global Health Council; Small; Business Association for International Companies; HIAS; Management Sciences for Health; Democracy International, Inc.; and American Bar Association, do not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

Dated: October 7, 2025                    Respectfully Submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 310
Washington, DC 20016
(301) 823-1148

*Counsel for Appellees*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 7, 2025          */s/ Daniel F. Jacobson*
                                Daniel F. Jacobson