**NOT SCHEDULED FOR ORAL ARGUMENT**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, et al., <br><br> Defendants-Appellants. | No. 25-5317 |
| GLOBAL HEALTH COUNCIL, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants-Appellants. | No. 25-5319 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 30-day extension of time, to and including January 29, 2026, in which to file its opening brief and appendix. This motion is unopposed.

1.  The district court entered a preliminary injunction requiring the agency defendants to "make available for obligation and obligate, by September 30, 2025," the "expiring funds Congress appropriated for foreign assistance programs" in fifteen specific categories of appropriations "unless Congress rescinds the relevant appropriation through duly enacted legislation." *AIDS Vaccine Advoc. Coal. v. U.S. Dep't of State*, No. 25-cv-00400, 2025 WL 2537200, at *20 (D.D.C. Sept. 3, 2025).  The court also ordered that the defendants "may not newly obligate expiring funds, or keep funds that are currently obligated in that status, and then de-obligate the funds after September 30, 2025, for the purpose of unilaterally withholding the funds." *Id.*  The Supreme Court subsequently granted the government's request for a stay of the district court's injunction "as to the funding" that the President had proposed to be rescinded in a special message transmitted to Congress pursuant to the Impoundment Control Act.  *Department of State v. Aids Vaccine Advoc. Coal.*, 2025 WL 2740571, at *1 (U.S. Sept. 26, 2025).

2.  The government's opening brief and appendix are currently due December 30, 2025.  The government has not previously requested an extension, and oral argument is not yet scheduled.

2

3.  The government respectfully requests a 30-day extension of time, to and including January 29, 2026, in which to file its opening brief and appendix.  The government is considering the degree to which the appeal still presents a live controversy and the appropriate next steps.

4.  The requested extension is also necessary in light of government counsel's other appellate deadlines and travel plans.  Sean R. Janda and Brian J. Springer have principal responsibility for preparing the government's opening brief.  Mr. Janda is occupied with a number of ongoing appellate matters with recent and upcoming deadlines, including: *Servier Pharmaceuticals v. Kennedy*, No. 25-5054 (D.C. Cir.) (oral argument held Dec. 18, 2025); *Woonsquatucket River Watershed Council v. U.S. Department of Agriculture*, No. 25-1428 (1st Cir.) (reply brief filed Dec. 19, 2025); *Knife Rights, Inc. v. Bondi*, No. 25-10754 (5th Cir.) (response brief due Dec. 22, 2025).  In addition, Mr. Janda will be traveling and on leave around the holidays.  Mr. Springer has responsibility for the following matters with upcoming deadlines: *Justiniano v. Bisignano*, No. 25-1509 (1st Cir.) (response brief due Dec. 23, 2025); *Airlines for America v. Department of Transportation*, No. 24-60231 (5th Cir.) (en banc oral argument scheduled

Jan. 21, 2026).  Mr. Springer also has planned international travel from December 28, 2025, through January 3, 2026.

Daniel Tenny has supervisory responsibility for the government's opening brief in this case.  Mr. Tenny also has supervisory responsibility for the following matters with recent and upcoming deadlines: *Washington v. Department of Commerce*, No. 25-6881 (9th Cir.) (opening brief filed Dec. 19, 2025); *Woonasquatucket River Watershed Council v. U.S. Department of Agriculture*, No. 25-1428 (1st Cir.) (reply brief filed Dec. 19, 2025); *FOIAConsciousness.com LLC v. National Archives and Records Administration*, No. 25-4280 (9th Cir.) (response brief due Dec. 23, 2025); *United States v. Texas*, No. 25-10898 (5th Cir.) (response brief due Dec. 29, 2025); *American Public Health Association v. National Institutes of Health*, No. 25-1611 (1st Cir.) (oral argument scheduled Jan. 6, 2026); *Southwest Airlines Co. v. Transportation Security Administration*, No. 25-60052 (5th Cir.) (oral argument scheduled Jan. 8, 2026); *Jack Daniel's Properties v. VIP Products*, No. 25-2027 (9th Cir.) (response brief due Jan. 9, 2026); *Climate United Fund v. Citibank NA*, No. 25-5122 (D.C. Cir.) (en banc brief due Jan. 9, 2026); *Vanda Pharmaceuticals Inc. v. Food and Drug Administration*, No. 25-1105 (D.C. Cir.) (response brief due Jan. 14, 2026);

*Medical Imaging & Tech Alliance v. Library of Congress*, No. 25-5328 (D.C. Cir.) (response brief due Jan. 16, 2026); *Association of American Physician & Surgeons Education Foundation v. American Board of International Medicine*, No. 25-40624 (5th Cir.) (response brief due Jan. 16, 2026); *Frontier Airlines Inc. v. Transportation Security Administration*, No. 25-9523 (10th Cir.) (oral argument scheduled Jan. 22, 2026).

    5.  Counsel for plaintiffs has authorized us to state that plaintiffs consent to the extension.

                        Respectfully submitted,

                        DANIEL TENNY
                        SEAN R. JANDA

                         */s/ Brian J. Springer*
                        BRIAN J. SPRINGER
                        (202) 616-5446
                          Attorneys, Appellate Staff
                          Civil Division
                          U.S. Department of Justice
                          950 Pennsylvania Ave., N.W.
                          Washington, D.C. 20530

DECEMBER 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 716 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

*/s/ Brian J. Springer*
Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Brian J. Springer*

Brian J. Springer