# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5317**　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00402-AHA
　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00400-AHA

　　　　　　　　　　　　　　　　　　　**Filed On: December 23, 2025** [2151910]

AIDS Vaccine Advocacy Coalition, et al.,

　　　　Appellees

　　v.

United States Department of State, et al.,

　　　　Appellants

-----------------------------

Consolidated with 25-5319

## O R D E R

　　Upon consideration of the government's unopposed motion for a 30-day extension of time to file the opening brief and appendix, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellants' Brief | January 29, 2026 |
| Appendix | January 29, 2026 |
| Appellees' Brief | March 2, 2026 |
| Appellants' Reply Brief | March 23, 2026 |

　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　Deputy Clerk