# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 25-5317 September Term, 2025

1:25-cv-00402-AHA
1:25-cv-00400-AHA

Filed On: January 26, 2026 [2155987]

AIDS Vaccine Advocacy Coalition, et al.,

    Appellees

    v.

United States Department of State, et al.,

    Appellants

------------------------------

Consolidated with 25-5319

## O R D E R

Upon consideration of appellants' unopposed motion for a 30-day extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | March 2, 2026 |
| Appendix | March 2, 2026 |
| Appellees' Brief | April 1, 2026 |
| Appellants' Reply Brief | April 22, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk