NOT SCHEDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants-Appellants. | No. 25-5317 |
| GLOBAL HEALTH COUNCIL, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 25-5319 |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the government respectfully moves to voluntarily dismiss these consolidated appeals, with all parties to bear their own costs. Counsel for plaintiffs have

authorized us to state that plaintiffs consent to this motion.

                                        Respectfully submitted,

                                        DANIEL TENNY

                                        */s/ Sean R. Janda*
                                        SEAN R. JANDA
                                        BRIAN J. SPRINGER
                                        (202) 514-3388
                                          Attorneys, Appellate Staff
                                          Civil Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Ave., N.W.
                                          Washington, D.C. 20530

FEBRUARY 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 40 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

                                        */s/ Sean R. Janda*
                                        Sean R. Janda