# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5317**          **September Term, 2025**

**1:25-cv-00400-AHA**
**1:25-cv-00402-AHA**

**Filed On:** February 18, 2026

AIDS Vaccine Advocacy Coalition, et al.,

    Appellees

    v.

United States Department of State, et al.,

    Appellants

------------------------------

Consolidated with 25-5319

## O R D E R

Upon consideration of the unopposed motion to voluntarily dismiss appeals, it is

**ORDERED** that the motion be granted and these consolidated cases be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
            Francis A. Walter
            Deputy Clerk