# United States Court of Appeals
## For The District Of Columbia Circuit
_____

**No. 25-5317**  **September Term, 2025**

1:25-cv-00402-AHA
1:25-cv-00400-AHA

**Filed On: February 18, 2026** [2159669]

AIDS Vaccine Advocacy Coalition, et al.,

    Appellees

    v.

United States Department of State, et al.,

    Appellants

------------------------------

Consolidated with 25-5319

## M A N D A T E

In accordance with the order of February 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

      BY:    /s/
               Francis A. Walter
               Deputy Clerk

Link to the order filed February 18, 2026